RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 JUN 28 P 2: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

1632.40

**Jimmie Bozeman**
Full name and prison number of
plaintiff(s)

v.

**MRS. BA Jones**

**MRS.**

**MR.**

**MRS.**

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. **2:05cv610-F**
(To be supplied by the Clerk of the
   U.S. District Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes (✓)  No (  )

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes (✓)  No (  )

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit
Plaintiff(s) **Jimmie Bozeman**

Defendant(s) **MRS. BA Jones**

2.    Court (if federal court, name the district; if state court, name the county)
_____

3.    Docket No. _____

4.    Name of Judge to whom case was assigned **Mike macormic**

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit  6, 16, 05

7. Approximate date of disposition  6 16, 05

II. PLACE OF PRESENT CONFINEMENT  Chow Hall

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED
Bullock County correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | MRS, B A Jones | 5107 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  6 16 05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: OThER inmates That work in The chow hall on Third Shift Shake

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
The serving spoon on people, giving Them a small amount of Food to eat when They are Hungry

GROUND TWO: When I go Through The Line These other inmates shake The

SUPPORTING FACTS: Spoon on me giving me a small amout of food I don't eat that much anyway

GROUND THREE: They give other inmates alot But not me I don't get no

SUPPORTING FACTS: Money From home my Mother have money but she want send me no money The Last Time I can is when I was in the chapling oFFice

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

have someone To investigate This sidnation

_Jimmie Bozeman_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____
                              (date)

_Jimmie Bozeman_
Signature of plaintiff(s)