IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, #163 240 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO.2:05-CV-610-F |
| MRS. B.A. JONES | * |
| Defendant. | * |

_____

| | |
|---|---|
| JIMMIE BOZEMAN, #163 240 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-642-F |
| B.A. JONES | * |
| Defendant. | * |

_____

| | |
|---|---|
| JIMMIE BOZEMAN, #163 240 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-646-F |
| B.A. JONES, *et al*., | * |
| Defendants. | * |

**O R D E R**

Upon consideration of the files in the above-captioned cases, and for good cause, it is

ORDERED that:

1. Civil Action No. 2:05-cv-646-F be CONSOLIDATED with Civil Action No. 2:05-CV-610-F and Civil Action No.2:05-CV-642-F for all further proceedings; and

2. All pleadings, motions, briefs, orders and other documents submitted in the consolidated cases shall henceforth be filed only in Civil Action No. 2:05-CV-610-F.

Done, this 18th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE