| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Edwina Calhoun* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Edwina Calhoun     C. Date of Delivery: 7-20-05 |
| 1. Article Addressed to:<br><br>Mrs. B. A. Jones<br>Bullock County Correctional Facility<br>P. O. Box 5107<br>Union Springs, AL 36089-5107 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV610-F<br><br>S of C            48 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer fro...)   7005 1160 0001 3017 3706 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540