| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Edwina Calhoun*   ☒ Agent  ☐ Addressee |
| | B. Received by (Printed Name)  Edwina Calhoun   C. Date of Delivery 7-20-05 |
| 1. Article Addressed to:<br><br>Mr. Makane<br>Bullock County Correctional Facility<br>P. O. Box 5107<br>Union Springs, AL 36089-5107 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV610-F<br>C & O |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1160 0001 3017 2952 | |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |