■ Also complete ... Delivery is desired.
... name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mrs. J. A. Jenkins
Bullock County Correctional Facility
P. O. Box 5107
Union Springs, AL 36089-5107

A. Signature
X *Edwina Calhoun*   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): *Edwina Calhoun*
C. Date of Delivery: 7-20-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV610-F
   C+O

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 3713

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540