IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, #163 240 | * |
| Plaintiff, | * |
| v. | *  CIVIL ACTION NO.2:05-CV-610-F |
| MRS. B.A. JONES | * |
| Defendant. | * |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Barbara A. Jones, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Barbara A. Jones, and I am presently employed as a Steward I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

Bozeman complains our food is half cooked and we do not serve enough of it. Our food is properly cooked. I monitor it. I believe we serve adequate amounts. We follow the ADOC registered dietician's menus (copies of a menu and recipe are attached).



Page 2

Bozeman complains everybody is rushed out of the chow hall. I have no control over inmates entering, staying or leaving the chow hall. Bullock's Security Staff controls those matters.

I have no knowledge of anything else of which inmate Bozeman complains.

The above is true and correct.

*[signature]*
Barbara A. Jones, Steward I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the __12th__ day of August 2005.

*[signature]*
NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL

Revised 06/2005
WEEK  A

Prepared By: _____
Certified By: _____

**MASTER MEN
STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS**

ACA Standards    2-4240
                 2-4242

*Changes*

| DAY | BREAKFAST | LUNCH | DINNER |
|---|---|---|---|
| MONDAY | Orange Breakfast Beverage - 8 oz.<br>Buttered Oatmeal - 4 oz.<br>Scrambled Eggs - 2 ea.<br>Stewed Prunes - 4 oz.<br>Hot Buttered Biscuits - 2 ea.<br>Brown Gravy - 2 oz.<br>Jelly - 2 oz.<br>Skim Milk – 8 oz. | Ground Beef and Macaroni - 6 oz.<br>Seasoned Black-eyed Peas - 4 oz.<br>Seasoned Turnip Greens - 4 oz.<br>Hot Buttered Cornbread - 1 sl.<br>Strawberry Gelatin - 4 oz.<br>Iced Tea - 8 oz. | Pepper Steak - 4 oz.<br>Brown Gravy - 2 oz.<br>Rice - 4 oz.<br>*Seasoned Cabbage - 4 oz.<br>Seasoned Field Peas - 4 oz.<br>Hot Buttered Cornbread - 1 sl.<br>Easy Chocolate Cake – 1 sl.<br>Chilled Lemon Drink - 8 oz. |
| TUESDAY | Orange Breakfast Beverage - 8 oz.<br>Buttered Grits - 4 oz.<br>Scrambled Eggs - 2 ea.<br>Hot Buttered Biscuits - 2 ea.<br>Brown Gravy - 2 oz.<br>Jelly - 2 oz.<br>Skim Milk - 8 oz. | Chicken A La King (Dhy. Entrée) - 4 oz.<br>Buttered Egg Noodles – 4 oz.<br>Corn O'Brien - 4 oz.<br>Seasoned Green Beans - 4 oz.<br>Hot Buttered Rolls - 2 ea.<br>Vanilla Pudding – 4 oz.<br>Iced Tea - 8 oz. | Meat Sauce (Dhy. Entrée) - 4 oz.<br>Spaghetti Noodles – 4 oz.<br>Seasoned Northern Beans - 4 oz.<br>Seasoned English Peas - 4 oz.<br>Garlic Rolls - 2 ea.<br>Oatmeal Cookies - 2 ea.<br>Chilled Strawberry Drink - 8 oz. |
| WEDNESDAY | Orange Breakfast Beverage - 8 oz.<br>Buttered Grits - 4 oz.<br>Scrambled Eggs - 2 ea.<br>Creamed Beef - 4 oz.<br>Hot Buttered Biscuits - 2 ea.<br>Jelly - 2 oz.<br>Skim Milk - 8 oz. | Sweet and Sour Chicken (Dhy. Entrée) - 4 oz.<br>Steamed Rice - 4 oz.<br>Seasoned Green Beans - 4 oz.<br>Buttered Carrots - 4 oz.<br>Hot Buttered Rolls - 2 ea.<br>Chocolate Pudding - 4 oz.<br>Chilled Lemon Drink - 8 oz. | Grilled Beef Steak - 4 oz.<br>Bu. Sliced Potatoes - 4 oz.<br>Seasoned Pinto Beans - 4 oz.<br>Seasoned Collard Greens - 4 oz.<br>Hot Buttered Rolls - 2 ea.<br>Iced Lemon Cake - 1 sl.<br>Individual Catsup - 2 ea.<br>Iced Tea - 8 oz. |

D. BREADS AND SWEET DOUGHS No. 1

## BAKING POWDER BISCUITS

| YIELD: 100 Portions (2 Pans) | | | | | EACH PORTION: 1 Biscuit |
|---|---|---|---|---|---|
| PAN SIZE: 18 by 26-inch Sheet Pan | | | | | TEMPERATURE: 450 F. Oven |
| PER-CENT | INGREDIENTS | WEIGHTS | MEASURES | | METHOD |
| 53.04 | Flour, wheat, general purpose, sifted | 192 oz | | . . . . . . | 1. Sift together flour, milk, baking powder and salt into mixer bowl. |
| 3.59 | Milk, nonfat, dry... | 13 oz | | . . . . . . | |
| 2.76 | Baking powder..... | 10 oz | | . . . . . . | |
| .83 | Salt.............. | 4 oz | | . . . . . . | |
| 6.63 | Shortening........ | 24 oz | | . . . . . . | 2. Blend shortening at low speed into dry ingredients until mixture resembles coarse cornmeal. |
| | Margarine | 16 oz | | | |
| 33.15 | Water............. | 3 lb 12 oz | 7½ cups | . . . . . . | 3. Add water; mix at low speed only enough to form a soft dough. |
| 100.00 | | 11 lb 5 oz | | | 4. Place dough on lightly floured board. Knead lightly, about 1 minute or until dough is smooth. |

REVISION                                                                                                (OVER)

D. BREADS AND SWEET DOUGHS No. 1

| PER-CENT | INGREDIENTS | WEIGHTS | MEASURES | | METHOD |
|---|---|---|---|---|---|
| | | | | | 5. Roll or pat out to a uniform thickness of ½ inch. |
| | | | | | 6. Cut with 2½ inch floured biscuit cutter. Place 50 biscuits on each pan. |
| | | | | | 7. Bake 15 minutes or until lightly browned. |

NOTE:  1. For browner tops: In Step 1, add 3½ oz (½ cup) granulated sugar to ingredients.
       2. In Step 7, if convection oven is used, bake at 350°F. 15 minutes or until lightly browned on low fan, open vent.

## VARIATIONS

1. BAKING POWDER BISCUITS (BISCUIT MIX): Omit Steps 1 through 7. Use 7 lb 14 oz (1¾-No. 10 cn) canned Biscuit Mix. Prepare according to instructions on container. For convection oven, see Note 2.
2. CHEESE BISCUITS: In Step 1, add 1 lb (1 qt) grated Cheddar cheese to sifted dry ingredients. Follow Steps 2 through 7.
3. DROP BISCUITS: Follow Steps 1 and 2. In Step 3, increase water to 4 lb 12 oz (2⅓ qt). Omit Steps 4 through 6. Drop dough by heaping tbsp, 1 inch apart, on greased sheet pans in rows 6 by 9. Follow Step 7.

J9

J. DESSERTS (PUDDINGS AND OTHER DESSERTS) No. 9

## STEWED PRUNES

YIELD: 100 Portions (3 Gallons)          EACH PORTION: ½ Cup

| INGREDIENTS | WEIGHTS | MEASURES | METHOD |
|---|---|---|---|
| Prunes, dried.......... | 7 lb........ | 4¾ qt..... | 1. Wash prunes. Drain. |
| Water, lukewarm...... | .......... | 2 gal...... | 2. Combine prunes and water; cover; heat to just below boiling. Simmer 40 minutes. Add sugar |
| Sugar, granulated | 1 LB | | 3. Chill before serving. |

NOTE: 1. Dried prunes may be prepared without cooking. Cover prunes with boiling water; cover and refrigerate 24 hours.
2. Prunes improve in flavor if refrigerated overnight before serving.

REVISION

F. CHEESE AND EGGS No. 10

## SCRAMBLED EGGS

| YIELD: 100 Portions | | | EACH PORTION: 1/3 Cup (2 1/2 Ounces) | |
|---|---|---|---|---|
| | | | TEMPERATURE: 325 °F. Griddle | |
| INGREDIENTS | WEIGHTS | MEASURES | | METHOD |
| Eggs, Frozen | 320 oz | 9 1/3 qt (200 eggs) | ....... | 1. Beat eggs thoroughly. |
| ~~Salad oil or~~ shortening, melted | 24.0 oz | ... | ....... | 2. Pour about 1 qt eggs on lightly greased griddle. Cook slowly until firm (no visible liquid egg), stirring occasionally. |
| Salt | 2 oz | | | |
| Pepper | 2 oz | | | |

NOTE:
1. OVEN METHOD: Follow Step 1. Omit Step 2. Pour 6 lb 10 oz (3 1/3 qt) eggs into 3 hot greased steam table pans (12 by 20 by 4-inches). Bake in 350°F. oven about 40 to 50 minutes or until eggs are firm. After 20 minutes, stir every 10 minutes. In a 350°F. convection oven, bake 18 to 25 minutes on high fan, closed vent. After 12 minutes, stir every 5 minutes.
2. Scrambled eggs may be cooked in a greased pan on top of range in batches of 25 portions.
3. In Step 1, 20 lb frozen whole table eggs may be used. Thaw under refrigeration. Follow Step 1. In Step 2, eggs may be cooked to desired consistency.
4. No more than 3 qt (about 60 eggs) should be used per batch when scrambling eggs. DO NOT ADD a batch of just-cooked scrambled eggs to leftover eggs on steam table. Hold at 140°F. or higher.

CH-1 (OVER)

---

F. CHEESE AND EGGS No. 10

## VARIATIONS

1. SCRAMBLED EGGS AND CHEESE: Follow Step 1. Use 4 lb (1 gal) shredded Cheddar or American cheese. (Note: 1 lb 8 oz (1/2-No. 10 cn) canned cheese, American, processed, dehydrated, combined with 12 oz (1 1/2 cups) warm water may be used for shredded cheese. (See Recipe No. A-28). In Step 2, sprinkle cheese (1 cup per 1 qt egg mixture) over partially cooked eggs; stir gently until cheese is melted and well blended; cook slowly until firm.
2. SCRAMBLED EGGS AND HAM: Follow Step 1. In Step 2, add 4 lb (3 qt) chopped ham (1 cup per 1 qt egg mix) to partially cooked eggs. Stir gently; cook slowly until firm.
3. SCRAMBLED EGGS (DEHYDRATED EGG MIX): Omit Step 1. Use 6 lb 4 oz (5-No. 3 cyl cn) canned dehydrated egg mix combined with 7 1/2 qt warm water (See Recipe No. A-8). Follow Step 2.
4. SCRAMBLED EGGS (SINGLE SERVING): In Step 1, use 2 eggs. In Step 2, use 1/12 oz (1/2 tsp) salad oil or melted shortening. Pour eggs on lightly greased griddle. Cook slowly until desired firmness, stirring occasionally.
5. LIGHT SCRAMBLED EGGS (FROZEN EGGS AND EGG WHITES): In Step 1, use 10 lb frozen whole table grade eggs, thawed and 10 lb frozen egg whites, thawed. Combine thoroughly. In Step 2, cook slowly to desired firmness, stirring occasionally.
6. SCRAMBLED EGGS (ONE EGG): In Step 1, use 10 lb (4 2/3 qt-100) eggs. In Step 2, use 2 oz (1/4 cup) salad oil or shortening, melted. EACH PORTION: 2 1/2 tbsp (About 1 Ounce).

E. CEREALS AND PASTA PRODUCTS No. 1

## HOT OATMEAL

| YIELD: 100 Portions | | EACH PORTION: 3/4 Cup (6 1/2 Ounces) | |
|---|---|---|---|
| INGREDIENTS | WEIGHTS | MEASURES | METHOD |
| Rolled Oats, quick cooking | 6 lb. | 2 1/4 gal. | 1. Add cereal and salt to boiling water; stir to prevent lumping. |
| Salt | 1 oz. | 3 tbsp. | 2. Return to a boil; reduce heat; simmer 1 to 3 minutes stirring occasionally. |
| Water, boiling | 40 lb. | 5 gal. | 3. Turn off heat; let stand 10 minutes before serving. |
| Margarine | 8 oz. | | |
| Sugar | 24 oz. | | |

NOTE: After preparation, cereal may be covered and held on serving line an additional 30 minutes. uncovered and held on serving line 30 minutes then

**VARIATIONS**

1. HOT HOMINY GRITS: Follow Step 1, except use 6 lb (1 gal) quick cooking hominy grits and 36 lb (4 1/2 gal) boiling water. In Step 2, simmer 5 minutes. In Step 3, let stand 5 minutes. EACH PORTION: 3/4 Cup (6 Ounces).
2. HOT FARINA: Omit Steps 1 through 3. Add 2 oz (3 tbsp) salt to 32 lb (4 gal) hot water. Bring to a boil. Mix 6 lb (1 gal) quick cooking farina with 8 lb (1 gal) cold water; pour into boiling, salted water stirring constantly until water returns to a boil. Reduce heat. Simmer 2 to 5 minutes, stirring frequently. Turn off heat. Let stand 5 minutes before serving.

CH-1