IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, #163 240 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO.2:05-CV-610-F |
| MRS. B.A. JONES | * |
| Defendant. | * |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Fedrick C. McCain, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Fedrick C. McCain, and I am presently employed as a Steward III, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

Bozeman complains we serve a small amount of food. That is not true. We provide an adequate amount of food for every man at every meal.

He says the food is half cooked. That is false. We properly prepare our food every time. We follow a State menu.



EXHIBIT 2

Page 2

He complains he is rushed out of the chow hall. He says he likes to take his time. I do not regulate the coming and going of inmates from the kitchen. Officers do. But, I do say it looks to me as if everyone is always given reasonable time for eating their meals.

I have no knowledge of anything else of which inmate Bozeman complains.

The above is true and correct.

*[signature]*
Fedrick C. McCain, Steward III
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 9th day of August 2005.

*[signature]*
NOTARY PUBLIC

My Commission Expires: 2/24/2009

SEAL