IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, #163 240 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO.2:05-CV-610-F |
| MRS. B.A. JONES | * |
| Defendant. | * |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Jo A. Dinkins, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Jo A. Dinkins, and I am presently employed as a Steward I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

Bozeman identifies his defendants as Mrs. B A Jones, Mrs. J A Jenkins and Mr. Mckane.

Mrs. Jones is a First Shift Steward.

Bozeman complains: the food here is half cooked; not enough food is provided; he is hungry; and, "they rush everybody out the chow hall (,) they want me to kill my self (,) I like to take my time (and) I am not in a hurry."

The food is not half cooked. The food is properly cooked.


EXHIBIT 3

Page 2

Enough food is provided. In fact, after each meal, we offer seconds.

Correctional Officers get the men into the chow hall (kitchen) at mealtimes, and Correctional Officers get the men out, when mealtime is done. I have no authority on when men enter the kitchen or how long they stay. I never take part in getting men in or out of the kitchen. Nevertheless, I believe there is enough time for the men to eat.

I do not know anything about anybody wanting Bozeman to kill himself.

The above is true and correct.

_____
Jo A. Dinkins, Steward I
Bullock County Correctional Facility


STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the _12th_ day of August 2005.

_____
NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL