IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 29 P 4: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

| | |
|---|---|
| JIMMIE BOZEMAN, AIS#163240 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-610-F |
| ) | (consolidated with 2:05-CV-642-F and |
| B.A. JONES, FEDRICK C. McCAIN, ) | 2:05-CV-646-F) |
| and JO A. DINKINS ) | |
| ) | |
| Defendants. ) | |

## ANSWER

COMES NOW Defendants Barbara A. Jones, et al., by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

### DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

Defendants are entitled to state agent immunity.

Defendants are entitled to sovereign immunity under Article 1, § 14 of the Alabama Constitution (1901).

Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

Defendants are immune from suit due to qualified immunity.

1

Defendants are immune from suit due to discretionary function immunity

Respectfully submitted,

TROY KING (KIN047)
Attorney General

_____
Benjamin H. Albritton (ALB008)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 29th day of August, 2005, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Jimmie Bozeman AIS # 163240
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36023

_____
Benjamin H. Albritton
Assistant Attorney General

2