IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMIE BOZEMAN, #163240, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv610-F |
| | ) | |
| MRS. B. A. JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| JIMMIE BOZEMAN, #163240, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv642-F |
| | ) | |
| B. A. JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| JIMMIE BOZEMAN, #163240, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv646-F |
| | ) | |
| B. A. JONES, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

On September 30, 2005, the Magistrate Judge filed a Recommendation (Doc. #14) in the above-named cases to which no timely objections have been filed. Upon an independent review of the files in these cases and upon consideration of the

Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that these cases are DISMISSED without prejudice for the plaintiff's abandonment of his claims, his failure to comply with the orders of this court and his failure to properly prosecute these causes of action.

Done this the 25th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE